IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSHUA JAMES GOYETTE, )
    Petitioner, )
)
vs. ) Civil Action No. 14-418
)
JEROME WALSH, et al., )
    Respondents. )

O R D E R

AND NOW, this 12th day of May, 2014, after the petitioner, Joshua James Goyette, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the petitioner a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 5), which is adopted as the opinion of this Court,

    IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner (ECF No. 3) is dismissed as time barred and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

    IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                      Maurice B. Cohill
                                                      United States District Judge

cc:    Joshua James Goyette
        HD-7186
        SCI Dallas
        1000 Follies Road
        Dallas, PA 18612